```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 08328
   MARQUITTA DAVIS
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8261

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
CITY OF MARKHAM          SECURED           130.00         .00        75.00
COOK COUNTY TREASURER    SECURED          2689.27         .00       250.00
FIRST FRANKLIN LOAN      CURRENT MORTG       .00          .00          .00
FIRST FRANKLIN LOAN      MORTGAGE ARRE       .00          .00          .00
COL/DEBT COLLECTION SYST UNSECURED      NOT FILED         .00          .00
GE MONEY BANK            UNSECURED         3143.12        .00          .00
RADIOLOGY IMAGING CONSUL UNSECURED      NOT FILED         .00          .00
MIDAMERICA BANK          UNSECURED      NOT FILED         .00          .00
NICOR GAS                UNSECURED         1369.50        .00          .00
US CELLULAR              UNSECURED          242.08        .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,414.00                   398.80
TOM VAUGHN               TRUSTEE                                      53.40
DEBTOR REFUND            REFUND                                        .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         777.20

PRIORITY                                                 .00
SECURED                                               325.00
UNSECURED                                                .00
ADMINISTRATIVE                                        398.80
TRUSTEE COMPENSATION                                   53.40
DEBTOR REFUND                                            .00
                         ---------------       ---------------
TOTALS                          777.20                 777.20



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08328 MARQUITTA DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 04/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```